U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 14 2005

ROBERT H. SHEMWELL, CLERK
BY
DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

RECEIVED

AUG 11 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 96CR60031-04 |
| VERSUS | * | JUDGE DOHERTY |
| RICHARD EARL JOHNSON | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and a *de novo* determination of the issues, and having determined that the findings are correct under applicable law;

**IT IS HEREBY ORDERED** that Richard Earl Johnson's Motion to Correct Illegal Sentence filed pursuant to Title 28 U.S.C. § 2255 [rec. doc. 954] be **DENIED AND DISMISSED WITH PREJUDICE**.

Signed in chambers in Lafayette, Louisiana this *10* day of *August*, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE