UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION



| UNITED STATES OF AMERICA | CIVIL ACTION NO. 96-60031-04 |
| VERSUS | JUDGE DOHERTY |
| RICHARD EARL JOHNSON | MAGISTRATE JUDGE HILL |

### JUDGMENT

This Court has reviewed the Report and Recommendation issued by Magistrate Judge Hill in this matter, together with the objections which have been filed by the defendant, Mr. Johnson. Having conducted a *de novo* review of the of the record and the issues, this Court concludes that the recommendations are correct under applicable law,

IT IS HEREBY ORDERED that Richard Earl Johnson's Motion to Correct Illegal Sentence filed pursuant to 29 U.S.C. § 2255 [Doc. 954] shall be and is DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___7___ day of October, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE